**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Victor Hugo MARTINEZ,**
**Defendant–Appellant.**

No. 04–50850.

United States Court of Appeals,
Fifth Circuit.

Decided May 31, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Richard Gale Ferguson, Waco, TX, for Defendant–Appellant.

Before KING, Chief Judge, and DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: [1]

IT IS ORDERED that Appellees unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that Appellees unopposed motion to remand the case to the Western District of Texas, Waco Division for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellees alternative request for an extension of time to file the Appellees supplemental brief 14 days from the denial of Appellees motion to vacate and remand is DENIED AS MOOT.

---

1. Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.